**SIEFKE et al. v. WICK et al.**

No. 5292.

Circuit Court of Appeals, Third Circuit.

Nov. 15, 1933.

Samuel M. Hazlett, of Pittsburgh, Pa., Emanuel Harris, of New York City, and

---

[9] This is clearly pointed out in the dissenting opinion, pages 449, 450, and 451 of 270 U. S., 46 S. Ct. 326, 70 L. Ed. 669.

Hazlett, Gannon & Walter, of Pittsburgh, Pa., for appellants.

W. Denning Stewart, Thorp, Bostwick, Stewart & Reed, and Reed, Smith, Shaw & McClay, all of Pittsburgh, Pa., for appellees.

Before BUFFINGTON, WOOLLEY, and THOMPSON, Circuit Judges.

PER CURIAM.

After argument and due consideration, we find the appellants, who are holders of debentures of the Pressed Steel Car Company, have no lien which is displaced by the issue of the complained of receivership certificates. We therefore hold the court had power to authorize the issuance of such certificates and that the order made was within its discretionary power.

The decree is therefore affirmed.